UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBRA THOMAS-LESLIE,

           Plaintiff,

-against-

DOLLAR TREE STORES, INC. DOLLAR TREE STORE #4169, EXPERT JANITORIAL D/B/A NATIONAL JANITORIAL SOLUTIONS, and ONE-A CLEANING & MAINTENANCE,

           Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/2020

20 Civ. 5447 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Defendant, Dollar Tree Stores, Inc., removed this action from Supreme Court, Bronx County to this Court by reason of diversity of citizenship under 28 U.S.C. § 1332(a). Notice of Removal ¶ 5, ECF No. 1.

    Diversity jurisdiction pursuant to 28 U.S.C. § 1332(a)(2) requires the action to be between "citizens of a State and citizens or subjects of a foreign state." "[T]he presence in the action of a single plaintiff from the same State as a single defendant deprives the district court of original diversity jurisdiction over the entire action." *Exxon Mobil Corp. v. Allapattah Servs., Inc.*, 545 U.S. 546, 553 (2005) (citing *Strawbridge v. Curtis*, 7 U.S. (3 Cranch) 267 (1806)). Plaintiff's amended complaint does not allege complete diversity among the parties. *See* Compl. ¶¶ 1, 20, ECF No. 9. Thus, the complaint has failed to set forth "a short and plain statement of the grounds for the court's jurisdiction," Fed. R. Civ. P. 8(a)(1).

    Accordingly, it is ORDERED that this action is REMANDED to Supreme Court, Bronx County. The Clerk of Court is directed to remand the matter to Supreme Court, Bronx County, and close the case.

    SO ORDERED.

Dated: September 10, 2020
       New York, New York

                                    ANALISA TORRES
                                   United States District Judge